## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| ILENE FELDMANN<br>3300 South Tamarack Drive, Apt. E209<br>Denver, CO 80231 | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No.:_____ <br> : |
| NVR, INC.<br>11700 Plaza American Drive<br>Reston, VA 20190 | : <br> : <br> : <br> : |
| SERVE: The Prentice-Hall Corporation<br>System<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202 | : <br> : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| RYAN HOMES<br>11700 Plaza American Drive<br>Reston, VA 20190 | : <br> : <br> : |
| SERVE: The Prentice-Hall Corporation<br>System<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202 | : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| NV HOMES<br>11700 Plaza American Drive<br>Reston, VA 20190 | : <br> : <br> : |
| SERVE: The Prentice-Hall Corporation<br>System<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202 | : <br> : <br> : <br> : <br> : |
| and | : |

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

2

**CLASSIC GROUP, LLC**                          :
**8120 Woodmont Avenue, Suite 300**             :
**Bethesda, MD 20814**                          :
                                                :
       **SERVE: Stephen A. Eckert**     :
              **8120 Woodmont Avenue,**        :
              **Suite 300**                    :
              **Bethesda, MD 20814**          :
                                                :
**and**                                          :
                                                :
**MONTGOMERY COUNTY, MARYLAND**                 :
**101 Monroe Street, 2nd Floor**                :
**Rockville, MD 20850**                         :
                                                :
       **SERVE: Isaiah Leggett, County Exec.**  :
            **101 Monroe Street, 2nd Floor**  :
            **Rockville, MD 20850**          :
                                                :
        **Defendants.**                   :
_____ /

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
_____
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
_____
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
_____
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
_____
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
_____
410-539-1122
FAX: 410-547-1261

### COMPLAINT

    COMES NOW the Plaintiff, Ilene Feldmann, by and through her undersigned attorneys,

Stephen M. Gensemer and Ashcraft & Gerel, LLP, and by way of her Complaint against the

Defendants, NVR, Inc., Ryan Homes, NV Homes, Classic Group, LLC and Montgomery County,

Maryland (hereinafter "Montgomery County") states as follows:

### JURISDICTION

1.      Jurisdiction of this Court is founded on diversity of citizenship and amount in

controversy, 28 U.S.C. § 1332;

      A.     Plaintiff Ilene Feldmann is a natural person residing in Colorado.

      B.     Defendant NVR, Inc. is a company incorporated under the laws of the

3

State of Virginia, having its principal place of business in the State of Virginia, which routinely conducts and transacts business in the state of Maryland. Specific to this case, Defendant NVR, Inc. is the owner and developer of the Parklands Development located in Gaithersburg, Maryland, which includes the maintenance of the median at the intersection of West Watkins Mill Road and Forest Preserve Drive.

      C.     Defendant Ryan Homes is a company incorporated under the laws of the State of Virginia, having its principal place of business in the State of Virginia, which routinely conducts and transacts business in the state of Maryland. Specific to this case, Defendant Ryan Homes is the owner and developer of the Parklands Development located in Gaithersburg, Maryland, which includes the maintenance of the median at the intersection of West Watkins Mill Road and Forest Preserve Drive.

      D.     Defendant NV Homes is a company incorporated under the laws of the State of Virginia, having its principal place of business in the State of Virginia, which routinely conducts and transacts business in the state of Maryland. Specific to this case, Defendant NV Homes, Inc. is the owner and developer of the Parklands Development located in Gaithersburg, Maryland, which includes which includes the maintenance of the median at the intersection of West Watkins Mill Road and Forest Preserve Drive.

      E.     Defendant Classic Group, LLC is a company incorporated under the laws of the State of Maryland, having its principal place of business in the State of Maryland, which routinely conducts and transacts business in the state of Maryland. Specific to this case, Defendant Classic Group, LLC is the owner of the land that encompasses the Parklands Development located in Gaithersburg, Maryland, which includes the maintenance of the median

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

4

at the intersection of West Watkins Mill Road and Forest Preserve Drive.

       F.     Defendant Montgomery County is a county in the State of Maryland in which the Parklands Development is located in Gaithersburg, Maryland, which includes the maintenance of the median at the intersection of West Watkins Mill Road and Forest Preserve Drive.

       G.     The amount in controversy, exclusive of interests and cots, the sum of $75,000.00.

<b><u>FACTS COMMON TO ALL COUNTS</u></b>

       2.     The Plaintiff, Ilene Feldmann, incorporates by reference the allegations of paragraph 1 herein.

       3.     On or about March 15, 2011 at approximately 3:00 p.m., the Plaintiff, Ilene Feldmann, was walking on the sidewalk of West Watkins Mill Road near the intersection with Forest Preserve Drive in Gaithersburg, Maryland.

       4.     The Plaintiff, Ilene Feldmann, while exercising due care and without any contributory negligence of her own, attempted to cross over Forest Preserve Drive when she was caused to trip and fall by an uneven curb at the apron of the island median.

       5.     There were no warning signs, markings or other indicators of this dangerous condition.

<b><u>COUNT I</u></b><br/><b>(Defendant NVR, Inc.- Negligence)</b>

       6.     The Plaintiff, Ilene Feldmann, incorporates by reference allegations of paragraphs 1 through 5 herein.

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

5

7.      Defendant NVR, Inc. owned, operated, controlled, leased and/or held itself out as owner and/or developer of the land where the Plaintiff, Ilene Feldmann, was walking at the time of the incident.

8.      Defendant NVR, Inc. had a number of duties it owed to the Plaintiff, Ilene Feldmann, including, but not limited to a duty to (a) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed and to which pedestrians would be exposed,  (b) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings would, in fact, be able to see the same and appropriately adjust their conduct, and (c) to otherwise ensure that the land, including but not limited to all roads, sidewalks, medians, curbs and curb aprons was maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

9.      Defendant NVR, Inc. had a duty to perform the necessary treatment, inspections, evaluations, warnings and remediation, to treat, prevent, discover and avoid the dangers which were likely to be or had been created or existed and to take any and all other measures to ensure safe premises for those persons who would be lawfully walking thereon.

10.     Defendant NVR, Inc. breached all of the aforesaid duties.

11.     As a direct and proximate result of Defendant NVR, Inc.'s negligence, the Plaintiff, Ilene Feldmann, suffered severe bodily injuries, which caused her and will continue to cause her severe physical pain, emotional distress and permanent disability, impairment and disfigurement.

12.     As a further direct and proximate result of Defendant NVR Inc.'s negligence, the

LAW OFFICES
ŞHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

6

Plaintiff, Ilene Feldmann, has incurred and will continue to incur in the future, substantial sums of money for medical care, attention and other expenses.

13.     As a further direct and proximate result of Defendant NVR, Inc.'s negligence, the Plaintiff, Ilene Feldmann, has sustained and will continue to sustain a loss of wages and earning capacity.

## COUNT II
### (Defendant Ryan Homes - Negligence)

14.     The Plaintiff, Ilene Feldmann, incorporates by reference allegations of paragraphs 1 through 13 herein, including the allegations as to her damages.

15.     Defendant Ryan Homes owned, operated, controlled, leased and/or held itself out as owner and/or development of the land where the Plaintiff, Ilene Feldmann, was walking at the time of the incident.

16.     Defendant Ryan Homes had a number of duties it owed to the Plaintiff, Ilene Feldmann, including, but not limited to a duty to (a) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed and to which pedestrians would be exposed,  (b) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings would, in fact, be able to see the same and appropriately adjust their conduct, and (c) to otherwise ensure that the land, including but not limited to all roads, sidewalks, medians, curbs and curb aprons was maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

17.     Defendant Ryan Homes had a duty to perform the necessary treatment,

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

7

inspections, evaluations, warnings and remediation, to treat, prevent, discover and avoid the

dangers which were likely to be or had been created or existed and to take any and all other

measures to ensure safe premises for those persons who would be lawfully walking thereon.

18.     Defendant Ryan Homes breached all of the aforesaid duties.

19.     As a direct and proximate result of Defendant Ryan Homes' negligence, the

Plaintiff, Ilene Feldmann, suffered severe bodily injuries, which caused her and will continue to

cause her severe physical pain, emotional distress and permanent disability, impairment and

disfigurement.

20.     As a further direct and proximate result of Defendant Ryan Homes' negligence,

the Plaintiff, Ilene Feldmann, has incurred and will continue to incur in the future, substantial

sums of money for medical care, attention and other expenses.

21.     As a further direct and proximate result of Defendant Ryan Homes' negligence,

the Plaintiff, Ilene Feldmann, has sustained and will continue to sustain a loss of wages and

earning capacity.

<u>**COUNT III**</u>
**(Defendant NV Homes - Negligence)**

22.     The Plaintiff, Ilene Feldmann, incorporates by reference allegations of paragraphs

1 through 21 herein, including the allegations as to her damages.

23.     Defendant NV Homes owned, operated, controlled, leased and/or held itself out as

owner and/or development of the land where the Plaintiff, Ilene Feldmann, was walking at the

time of the incident.

24.     Defendant NV Homes had a number of duties it owed to the Plaintiff, Ilene

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

8

Feldmann, including, but not limited to a duty to (a) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed and to which pedestrians would be exposed,  (b) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings would, in fact, be able to see the same and appropriately adjust their conduct, and (c) to otherwise ensure that the land, including but not limited to all public roads, sidewalks, medians, curbs and curb aprons was maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

25.     Defendant NV Homes had a duty to perform the necessary treatment, inspections, evaluations, warnings and remediation, to treat, prevent, discover and avoid the dangers which were likely to be or had been created or existed and to take any and all other measures to ensure safe premises for those persons who would be lawfully walking thereon.

26.     Defendant NV Homes breached all of the aforesaid duties.

27.     As a direct and proximate result of Defendant NVR, Inc.'s negligence, the Plaintiff, Ilene Feldmann, suffered severe bodily injuries, which caused her and will continue to cause her severe physical pain, emotional distress and permanent disability, impairment and disfigurement.

28.     As a further direct and proximate result of Defendant NVR Inc.'s negligence, the Plaintiff, Ilene Feldmann, has incurred and will continue to incur in the future, substantial sums of money for medical care, attention and other expenses.

29.     As a further direct and proximate result of Defendant NVR, Inc.'s negligence, the Plaintiff, Ilene Feldmann, has sustained and will continue to sustain a loss of wages and earning

LAW OFFICES
iHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

9

capacity.

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
─────
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
─────
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
─────
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
─────
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
─────
410-539-1122
FAX: 410-547-1261

## COUNT III
### (Defendant Classic Group, LLC- Negligence)

30.     The Plaintiff, Ilene Feldmann, incorporates by reference allegations of paragraphs 1 through 29 herein, including the allegations as to her damages.

31.     Defendant Classic Group, LLC owned, operated, controlled, leased and/or held itself out as owner and/or development of the land where the Plaintiff, Ilene Feldmann, was walking at the time of the incident.

32.     Defendant Classic Group, LLC had a number of duties it owed to the Plaintiff, Ilene Feldmann, including, but not limited to a duty to (a) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed and to which pedestrians would be exposed,  (b) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings would, in fact, be able to see the same and appropriately adjust their conduct, and (c) to otherwise ensure that the land, including but not limited to all roads, sidewalks, medians, curbs and curb aprons was maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

33.     Defendant Classic Group, LLC had a duty to perform the necessary treatment, inspections, evaluations, warnings and remediation, to treat, prevent, discover and avoid the dangers which were likely to be or had been created or existed and to take any and all other measures to ensure safe premises for those persons who would be lawfully walking thereon.

34.     Defendant Classic Group, LLC breached all of the aforesaid duties.

10

35.     As a direct and proximate result of Defendant Classic Group, LLC's negligence, the Plaintiff, Ilene Feldmann, suffered severe bodily injuries, which caused her and will continue to cause her severe physical pain, emotional distress and permanent disability, impairment and disfigurement.

36.     As a further direct and proximate result of Defendant Classic Group, LLC's negligence, the Plaintiff, Ilene Feldmann, has incurred and will continue to incur in the future, substantial sums of money for medical care, attention and other expenses.

37.     As a further direct and proximate result of Defendant Classic Group, LLC's negligence, the Plaintiff, Ilene Feldmann, has sustained and will continue to sustain a loss of wages and earning capacity.

<u>**COUNT III**</u>
**(Defendant Montgomery County - Negligence)**

38.     The Plaintiff, Ilene Feldmann, incorporates by reference allegations of paragraphs 1 through 37 herein, including the allegations as to her damages.

39.     Defendant Montgomery County, Maryland is responsible for the maintenance of all public roadways, medians and sidewalks, including the location where the Plaintiff, Ilene Feldmann, was walking at the time of the incident.

40.     Defendant Montgomery County had a number of duties it owed to the Plaintiff, Ilene Feldmann, including, but not limited to a duty to (a) inspect the premises to discover any unreasonably dangerous conditions which they knew or had reason to know existed and to which pedestrians would be exposed,  (b) post warnings about any unsafe or unreasonably dangerous conditions in such a way as to ensure that the persons intended to be protected by those warnings

LAW OFFICES
ṢHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

11

would, in fact, be able to see the same and appropriately adjust their conduct, and (c) to otherwise ensure that the land, including but not limited to all public roads, sidewalks, medians, curbs and curb aprons was maintained in a reasonably safe condition such that no unreasonable threat of harm would be posed to invitees, customers, visitors or others on the premises.

41.    Defendant Montgomery County had a duty to perform the necessary treatment, inspections, evaluations, warnings and remediation, to treat, prevent, discover and avoid the dangers which were likely to be or had been created or existed and to take any and all other measures to ensure safe premises for those persons who would be lawfully walking thereon.

42.    Defendant Montgomery County breached all of the aforesaid duties and as a result the Plaintiff sustained the injuries and damages alleged.

43.    The Plaintiff, Ilene Feldmann, has complied with all conditions precedent to the maintaining of this claim and lawsuit.

44.    Defendant Montgomery County breached all of the aforesaid duties.

45.    As a direct and proximate result of Defendant Montgomery County's negligence, the Plaintiff, Ilene Feldmann, suffered severe bodily injuries, which caused her and will continue to cause her severe physical pain, emotional distress and permanent disability, impairment and disfigurement.

46.    As a further direct and proximate result of Defendant Montgomery County's negligence, the Plaintiff, Ilene Feldmann, has incurred and will continue to incur in the future, substantial sums of money for medical care, attention and other expenses.

47.    As a further direct and proximate result of Defendant Montgomery County's negligence, the Plaintiff, Ilene Feldmann, has sustained and will continue to sustain a loss of

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

12

wages and earning capacity.

WHEREFORE, Plaintiff, Ilene Feldmann, requests that a judgment be entered in her favor and against Defendants NVR, Inc., Ryan Homes. NV Homes, Classic Group, LLC and Montgomery County, jointly and severally, for Six Hundred Thousand Dollars ($600,000.00), together with interest and the cost of the suit filed herein, as well as such further and additional relief as the nature of this case may require and which this Honorable Court deems just and proper.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

Stephen M. Gensemer, Esq.
11300 Rockville Pike, Suite 1002
Rockville, MD 20852
Tel: (301) 770-3737
Attorney for Plaintiff

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

13

## **JURY DEMAND**

The plaintiff demands a trial by jury on all issues raised herein.

Stephen M. Gensemer, Esq.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261